UNITED STATES DISCTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PAUL ADAMS, <br><br> Plaintiff, <br><br> v. <br><br> SAFE-WAY DOORS, <br><br> Defendant. | ) <br> ) <br> ) Cause No._____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

COMES NOW the Plaintiff, Paul Adams ("Adams"), by counsel, and for his causes of action against the Defendant, Safe-Way Doors ("Safe-Way") states and alleges as follows:

### I. INTRODUCTION

1. This is an action brought by Adams for discrimination on account of his national origin, under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq. ("Title VII"). Adams began work at Safe-Way on or about July 1, 2019 through a staffing agency and in November, 2019 was hired by Safe-Way as a full-time employee at the business located at 3814 US 30, Warsaw, IN 46580. On or about November 19, 2019, Adams received a text from his supervisor stating that he was being terminated because the company hired Hispanic employees that would work for less pay. Adams called the staffing agency which placed him and asked why he was being terminated and he was told that he was being terminated due to chronic attendance issues. A copy of Adams' November 25, 2019 Charge of Discrimination is attached hereto ast Exhibit 1. Adams seeks all damages available to him including, but not limited to back pay, front pay, compensatory damages, punitive damages, legal fees and costs.

### II. PARTIES

2. Adams is an individual citizen and resident of Warsaw, Indiana.

3. Safe-Way Doors is a corporation organized and existing under and by virtue of the laws of the State of Indiana with its principle place of business located at 3814 US 30, Warsaw, Indiana.

### III. JURISDICTION AND VENUE

4. This Court has federal question jurisdiction by virtue of 28 U.S.C. § 1331 with respect to the Title VII claim, in addition to the federal court jurisdiction conferred by Title VII, 42 U.S.C. § 2000e-5(f)(3). This Court is the proper venue pursuant to 28 U.S.C. § 1391 as Safe-Way Doors is located in Warsaw, Kosciusko County, Indiana, and Adams worked at that location and resides in Warsaw, Indiana.

### IV. FACTS

5. Adams incorporates by reference paragraphs 1-4 of his Complaint as if same were fully set forth herein.

6. Beginning on or about November, 2019, Adams was employed by Safe-Way Doors at its facility located at 3814 US 30, Warsaw, Indiana as an employee until his termination on or about November 19, 2019.

7. Adams received a text from his supervisor that he was being terminated because the company hired Hispanic employees that would work for less pay.

8. After being terminated by his supervisor, Adams contacted the staffing agency that placed him with Safe-Way Doors and he was told that he had been terminated due to attendance issues.

9. As a direct result of the discrimination against him, Adams has suffered damages including lost pay, lost benefits, and emotional distress.

## V. STATEMENT OF CLAIMS
### COUNT I
### NATIONAL ORIGIN DISCRIMINATION

10. Adams incorporates by reference paragraphs 1-9 of his Complaint as if same were fully set forth herein.

11. Safe-Way Doors has discriminated against Adams on account of his national origin, American Non-Hispanic, a violation of Title VII.

12. As a result of the unlawful discrimination, Adams has suffered damages.

## VI. PRAYER FOR RELIEF

WHEREFORE, Adams prays for judgment in his favor and for the following relief:

a) back pay and benefits;

b) front pay and benefits;

c) compensatory damages;

d) punitive damages;

e) legal fees;

f) costs of this action; and

g) all other relief appropriate under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff, Paul Adams, hereby demands a trial by jury as to all issues so triable.

Respectfully Submitted,

**THEISEN & ASSOCIATES, LLC**

s/John C. Theisen
John C. Theisen (#549-02)
Nathaniel O. Hubley (#28609-64)
810 South Calhoun Street, Suite 200
Fort Wayne, IN 46802
Telephone: (260) 422-4255
Fax: (260) 422-4245
*Attorneys for Plaintiff*

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [X] FEPA | EC-0020-A20 |
| [X] EEOC | 24D-2020-00059 |

**City of Fort Wayne Metro Human Relations Commission** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Paul Adams | (260) 802-1761 | 1976 |

Street Address: 527 Clinic Street, Warsaw, IN 46580

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SAFE-WAY DOORS | 15 - 100 | (574) 267-4861 |

Street Address: 3814 Us-30, Warsaw, IN 46580

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 11-19-2019
Latest: 11-19-2019
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s)):*

I am a qualified American employee worked for Safe-Way Doors ("Safe-Way") from July 1, 2019 until I was terminated on November 19, 2019.

In July 2019, I began working at Safe-Way through a staffing agency. In November 2019, Safe-Way hired me as a full time employee. On November 19, 2019, I received a text from my supervisor stating that I was being terminated because the company hired Hispanic employees that would work for less pay.

When I asked the staffing agency why I was being terminated, I was told that I had chronic attendance issues. However, I believe that other employees outside of my protected class are not terminated for attendance issues.

For these reasons, I believe I have been discriminated against on the basis of my national origin, American, in violation of the Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY -- *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Date: Nov 25, 2019
Charging Party Signature

**EXHIBIT 1**