UNITED STATES DISCTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| PAUL ADAMS | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.: 3:21-cv-00044-DRL-MGG |
| | ) | |
| v. | ) | |
| | ) | |
| SAFE-WAY DOORS | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Comes now the Plaintiff, Paul Adams, by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and files this notice of dismissal of his lawsuit with prejudice.

Respectfully Submitted,

*THEISEN & ASSOCIATES, LLC*

s/John C. Theisen
John C. Theisen (#549-02)
Nathaniel O. Hubley (#28609-64)
810 South Calhoun Street, Suite 200
Fort Wayne, IN 46802
Telephone: (260) 422-4255
Fax: (260) 422-4245
*Attorneys for Plaintiff*